**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TARGIN SIGN SYSTEMS, INC., Plaintiff
v.
MIDWEST ENERGY, INC., Defendant

07CV6429
JUDGE MORAN
MAG. JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST ENERGY, INC.

FILED
11-13-07
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) MELINDA J. MORALES | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Melinda J. Morales | |
| FIRM MUCH SHELIST, P.C. | |
| STREET ADDRESS 191 N. Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP Chicago, Il 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06244692 | TELEPHONE NUMBER 312-521-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |