IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TARGIN SIGN SYSTEMS, INC.** <br><br> **Plaintiff,** <br><br> v. <br><br> **MIDWEST ENERGY, INC.,** <br><br> **Defendant.** | No. 07 CV 6429 <br><br> Judge Moran <br> Magistrate Judge Ashman |

**AGREED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant MIDWEST ENERGY, INC., by its attorneys, files this motion for an extension of time through December 21, 2007 to file its answer or to otherwise plead. In support hereof, Defendant states as follows:

1. Plaintiff filed its complaint and motion for class certification in the Circuit Court of Cook County on October 11, 2007.

2. Defendant was served with the complaint on October 18, 2007.

3. On November 13, 2007, Much Shelist attorneys, Melinda J. Morales and Anthony C. Valiulis, filed an appearance on behalf of Defendant.

4. On November 13, 2007, Defendant timely filed a notice of removal to the United States District Court for the Northern District of Illinois, Eastern Division.

5. Due to the attorneys' schedules and other commitments, Defendant has been unable to respond to complaint.

6. Plaintiff and Defendant will be meeting next week to discuss settlement.

2

7. In order to properly respond to the complaint and to see if the case can be resolved, Defendants seek an extension of time up to and including December 21, 2007 to file its answer or otherwise plead.

8. Plaintiff does not object to Defendant's request for an extension.

WHEREFORE, Midwest Energy, Inc. requests that this Court grant them until December 21, 2007 to answer or otherwise plead to the complaint.

                Respectfully submitted,

                **MIDWEST ENERGY, INC.**

                **By:**   /s/ Melinda J. Morales
                          **One of its Attorneys**

Anthony C. Valiulis
Melinda J. Morales
**Much Shelist Denenberg
 Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000
Firm Id. No. 80580