IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TARGIN SIGN SYSTEMS, INC.** | |
| **Plaintiff,** | |
| | No. 07 CV 6429 |
| v. | |
| | Judge James B. Moran |
| **MIDWEST ENERGY, INC.,** | Magistrate Judge Ashman |
| **Defendant.** | |

**NOTICE OF MOTION**

To:   Brian J. Wanca                              Phillip A. Bock
      Anderson + Wanca                            Diab & Block
      3701 Algonquin Road, Suite 760              134 N. LaSalle Street, Suite 1000
      Rolling Meadows, IL  60008                  Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Wednesday, December 12 2006 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran or any judge sitting in his stead, in courtroom 1843 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

                                            **MIDWEST ENERGY, INC.**


                                            **By:**   /s/ Melinda J. Morales
                                                      **One of its Attorneys**


Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000

**CERTIFICATE OF SERVICE**

I, Melinda J. Morales, an attorney, certify that on December 6, 2007, I electronically filed the **Agreed Motion for Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | DIAB & BLOCK |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL 60602 |

/s/ Melinda J. Morales