IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TARGIN SIGN SYSTEMS, INC.** | |
| **Plaintiff,** | |
| | No. 07 CV 6429 |
| v. | |
| | **Judge James B. Moran** |
| **MIDWEST ENERGY, INC.,** | **Magistrate Judge Ashman** |
| **Defendant.** | |

### AMENDED NOTICE OF MOTION

To:   Brian J. Wanca                    Phillip A. Bock
      Anderson + Wanca                  Diab & Block
      3701 Algonquin Road, Suite 760    134 N. LaSalle Street, Suite 1000
      Rolling Meadows, IL  60008        Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Wednesday, December 12, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran or any judge sitting in his stead, in courtroom 1843 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

**MIDWEST ENERGY, INC.**


**By:**   /s/ Melinda J. Morales
          **One of its Attorneys**


Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000

## **CERTIFICATE OF SERVICE**

I, Melinda J. Morales, an attorney, certify that on December 7, 2007, I electronically filed the foregoing **Amended Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | DIAB & BLOCK |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

/s/ Melinda J. Morales