# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Targin Sign Systems, Inc.

Plaintiff,

v.                                             Case No.: 1:07–cv–06429

Honorable James B. Moran

Midwest Energy, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

MINUTE entry before Judge James B. Moran :Agreed motion for extension of time to answer or otherwise plead to and including 12/21/2007 [11] is granted. Motion hearing held on 12/12/2007 regarding extension of time [11]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.