IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TARGIN SIGN SYSTEMS, INC.** | |
| **Plaintiff,** | |
| | **No. 07 CV 6429** |
| v. | |
| | **Judge Moran** |
| **MIDWEST ENERGY, INC.,** | **Magistrate Judge Ashman** |
| **Defendant.** | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant MIDWEST ENERGY, INC., by its attorneys, files this motion seeking additional time to answer or otherwise plead through January 21, 2008. In support hereof, Defendant states as follows:

1. Plaintiff filed its complaint and motion for class certification in the Circuit Court of Cook County on October 11, 2007.

2. Defendant was served with the complaint on October 18, 2007.

3. On November 13, 2007, Much Shelist attorneys, Melinda J. Morales and Anthony C. Valiulis, filed an appearance on behalf of Defendant.

4. On November 13, 2007, Defendant timely filed a notice of removal to the United States District Court for the Northern District of Illinois, Eastern Division.

5. As it currently stands, Defendant's answer or other responsive pleading is due on December 21, 2007. However, the parties are engaged in serious settlement discussions and there is a high probability that the parties will be able to resolve this case.

6. Accordingly, Defendant seeks additional time to answer or otherwise plead up to and including January 21, 2008.

7. Plaintiff does not object to Defendant's request for an extension.

WHEREFORE, Midwest Energy, Inc. requests that this Court grant them until January 21, 2008 to answer or otherwise plead to the complaint.

           Respectfully submitted,

           **MIDWEST ENERGY, INC.**

           **By:**   /s/ Melinda J. Morales
                  **One of its Attorneys**

Anthony C. Valiulis
Melinda J. Morales
Andrea E. Forsyth
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000
Firm Id. No. 80580