**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**TARGIN SIGN SYSTEMS, INC.**

          **Plaintiff,**

       **v.**

**MIDWEST ENERGY, INC.,**

          **Defendant.**

**No. 07 CV 6429**

**Judge James B. Moran
Magistrate Judge Ashman**

**NOTICE OF MOTION**

To:

    Brian J. Wanca               Phillip A. Bock
    Anderson & Wanca           Diab & Block
    3701 Algonquin Road, Suite 760    134 N. LaSalle Street, Suite 1000
    Rolling Meadows, IL  60008       Chicago, IL 60602

      **PLEASE TAKE NOTICE** that on Thursday, January 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran or any judge sitting in his stead, in courtroom 1843 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Unopposed Motion for Additional Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

                 **MIDWEST ENERGY, INC.**

                 **By:**    /s/ Andrea E. Forsyth
                   **One of its Attorneys**

Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
Andrea E. Forsyth (#6286179)
**Much Shelist Denenberg
  Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea E. Forsyth, an attorney, certify that on December 19, 2007, I electronically filed the **Unopposed Motion for Additional Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

Brian J. Wanca                        Phillip A. Bock
Anderson & Wanca                      Diab & Block
3701 Algonquin Road, Suite 760        134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008            Chicago, IL 60602


/s/ Andrea E. Forsyth