**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Targin Sign Systems, Inc.
                            Plaintiff,

v.                                           Case No.: 1:07−cv−06429
                                             Honorable James B. Moran

Midwest Energy, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

        MINUTE entry before Judge James B. Moran :Unopposed motion for additional time to answer or otherwise plead to and including 1/21/2008 [16] is granted. (Presentment date of 1/3/2008 is stricken)Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.