IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARGIN SIGN SYSTEMS, INC., an Illinois corporation, individually and as the Representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07C 6429 |
| MIDWEST ENERGY, INC., | ) ) ) | Judge Moran<br>Magistrate Judge Ashman |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Midwest Energy, Inc. ("Midwest Energy") hereby moves the Court for entry of the attached proposed Protective Order to govern the disclosure and use of the parties' confidential documents and information in this matter. In support of its Motion, Midwest Energy states as follows:

1. On October 11, 2007, Defendant Targin Sign Systems, Inc. ("Targin Sign") brought this action alleging violation by Midwest Energy of the Telephone Consumer Protection Act ("TCPA"). The Complaint alleges that Midwest Energy violated the TCPA by faxing allegedly unsolicited advertisements to Targin Sign and to an alleged class of similarly situated persons.

2. During the course of this litigation, the parties anticipate producing documents and information that may contain confidential, non-public, security-sensitive business or financial information that would harm the parties' privacy interests if publicly released. The parties wish to preserve the confidential nature of such documents and information, including

any proprietary information and documents properly deemed confidential under Fed. R. Civ. P. 26(c)(7) and under Local Rule 26.2.

3. Good cause exists for issuing the Protective Order to protect against the disclosure of confidential commercial and financial information. The parties therefore submit that the proposed Agreed Protective Order, which is attached hereto as Exhibit A, will properly control discovery in accordance with applicable precedent and rules of procedure.

4. Pursuant to Fed. R. Civ. P. 26(c), Midwest Energy states that the parties have conferred and Targin Sign does not oppose this motion.

**WHEREFORE,** Midwest Energy respectfully requests that the Court enter the attached proposed Protective Order.

Dated: February 14, 2008               Respectfully submitted,

                                       By: /s/ Melinda J. Morales
                                           Anthony C. Valiulis
                                           Melinda J. Morales
                                           MUCH SHELIST
                                           191 North Wacker Drive, Suite 1800
                                           Chicago, Illinois 60606
                                           (312) 521-2000

                                           **Counsel for Defendant Midwest Energy**