IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARGIN SIGN SYSTEMS, INC. | |
| Plaintiff, | |
| | No. 07 CV 6429 |
| v. | |
| | Judge James B. Moran |
| MIDWEST ENERGY, INC., | Magistrate Judge Ashman |
| Defendant. | |

NOTICE OF MOTION

To:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Anderson + Wanca | Diab & Bock |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

 **PLEASE TAKE NOTICE** that on Tuesday, February 19, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran or any judge sitting in his stead, in courtroom 1843 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Unopposed Motion for Entry of Protective Order**, a copy of which is hereby served upon you.

              **MIDWEST ENERGY, INC.**

              **By:**  /s/ Melinda J. Morales
                **One of its Attorneys**

Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
Andrea E. Forsyth (#6286179)
**Much Shelist Denenberg**
 **Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## **CERTIFICATE OF SERVICE**

     I, Melinda J. Morales, an attorney, certify that on February 14, 2008, I electronically filed the **Unopposed Motion for Entry of Protective Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Anderson + Wanca | Diab & Bock |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL 60602 |

                                                /s/ Melinda J. Morales