UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TARGIN SIGN SYSTEMS, INC., an          )
Illinois Corporation, Individually and as   )
the Representative of a class of similarly-  )
situated persons,                      )
                                       )
           Plaintiff,          )
                                       )
v.                                     )        No    07 C 6429
                                       )        Judge Moran
MIDWEST ENERGY, INC.,                  )        Magistrate Judge Ashman
                                       )

## AGREED MOTION

NOW COMES the Defendant, MIDWEST ENERGY, INC., by and through its attorneys,

SCHOEN, MANGAN & SMITH, LTD., and moves this Honorable Court for a leave to file its

Additional Appearance on behalf of MIDWEST ENERGY, INC., instanter.

                               Respectfully Submitted,
                               SCHOEN, MANGAN & SMITH, LTD.

                               By:    s\Thomas P. Mangan
                                    THOMAS P. MANGAN

       Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned attorney certifies that the statements of no knowledge sufficient to form a belief therein are true and correct, except as to matters stated to be on information and belief, which the undersigned certifies are believed to be true.

                                 s\Thomas P. Mangan
                                 THOMAS P. MANGAN

ARDC #2501759
SCHOEN, MANGAN & SMITH, LTD.
200 W. Adams - Suite 1005
Chicago, IL 60606
(312) 726-5151