U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 07 C 6429

TARGIN SIGN SYSTEMS, INC. an Illinois Corporation,
individually and as the Representative of a class of
similarly-situated persons,
v.
MIDWEST ENERGY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST ENERGY, INC. - Defendant  **- Additional Appearance**

| | |
|---|---|
| NAME (Type or print) Thomas P. Mangan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas P. Mangan | |
| FIRM SCHOEN, MANGAN & SMITH, LTD. | |
| STREET ADDRESS 200 W. Adams - Suite 1005 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3122690 | TELEPHONE NUMBER (312) 726-5151 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |