UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARGIN SIGN SYSTEMS, INC., an Illinois Corporation, Individually and as the Representative of a class of similarly-situated persons,<br><br>　　　　Plaintiff,<br><br>v<br><br>MIDWEST ENERGY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No   07 C 6429<br>Judge Moran<br>Magistrate Judge Ashman |

## AGREED NOTICE OF MOTION

TO:   Melinda Morales
　　　MUCH, SHELIST, DENENBERG, AMENT & RUBENSTIEN, P C
　　　191 North Wacker - Suite 1800
　　　Chicago, Illinois 60606

　　cc:   All Parties of Record

On February 21, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Moran in the courtroom usually occupied by him in Room 1843, in the Federal Court Building, 219 S. Dearborn Street, Chicago, Illinois, and shall there and then present the attached Motion for Leave to File Additional Appearance

Name: THOMAS P. MANGAN　　　　　　　　Atty for: Defendant
Address: 200 W. Adams, Suite 1005　　　　　　City:　Chicago
Telephone: (312) 726-5151

## PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned, a non-attorney, certifies that the attached documentws were served on the parties as above addressed by electronic filing through the United States District Court on the 14th day of February, 2008

s:Mary A. Benduha

MARY A. BENDUHA

Subscribed and Sworn to before me
this 14th day of February, 2008.

_____
Notary Public

SCHOEN, MANGAN & SMITH, LTD.
Attorney for Midwest Energy, Inc.
200 W. Adams, Suite 1005
Chicago, Illinois 60606
(312) 726-5151