# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6429 | **DATE** | 2/19/2008 |
| **CASE TITLE** | TARGIN SIGN SYSTEMS, INC. vs. MIDWEST ENERGY, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for entry of protective order [22] is granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

