# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6429 | **DATE** | 2/21/2008 |
| **CASE TITLE** | TARGIN SIGN SYSTEMS, INC. vs. MIDWEST ENERGY, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion [24] for leave to file an additional appearance on behalf of Midwest Energy, Inc., instanter is granted. Thomas P. Mangan is additional counsel for defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|