U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07 C 6429

TARGIN SIGN SYSTEMS, INC. an Illinois Corporation,
individually and as the Representative of a class of
similarly-situated persons,
v.
MIDWEST ENERGY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST ENERGY, INC. - Defendant  **- Additional Appearance**

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Thomas P. Mangan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Thomas P. Mangan |

| FIRM |
| --- |
| SCHOEN, MANGAN & SMITH, LTD. |

| STREET ADDRESS |
| --- |
| 200 W. Adams - Suite 1005 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3122690 | (312) 726-5151 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |