**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Targin Sign Systems, Inc.

　　　　　　　　　　　　Plaintiff,

v.                                          Case No.: 1:07−cv−06429

　　　　　　　　　　　　　　　　　　Honorable James B. Moran

Midwest Energy, Inc.

　　　　　　　　　　　　Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

　　　　MINUTE entry before the Honorable James B. Moran:Status hearing held on 5/21/2008 and continued to 6/25/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.