# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6429 | **DATE** | 7/22/2009 |
| **CASE TITLE** | Targin Sign Systems, Inc. Vs. Midwest Energy, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, this case is dismissed without prejudice and without costs to either party.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|